**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES RUSSELL BEAHR,**

      **Petitioner,**

**v.**                            **Case No.  4:12cv298-MW/CAS**

**TIMOTHY H. CANNON, Interim
Secretary, Department of Corrections,**

      **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation to

Deny § 2254 Petition.  ECF No. 21.   Upon consideration, no objections having

been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF

No. 1, is **DENIED**.  A certificate of appealability is **DENIED**.   Leave to appeal in

forma pauperis is **DENIED**."  The Clerk shall **substitute** Timothy H. Cannon for

1

Michael Crews as Respondent.  The Clerk shall close the file.

**SO ORDERED on January 16, 2015.**

**s/Mark E. Walker**
**United States District Judge**